ORIGINAL

25 MAR '10 AM 11:11
CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

# United States District Court
## Northern District of Texas
*Dallas Division*

2012 NOV 26 PM 4:18

SEALED
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

ROBERTO MARIO ANGULO-ISAZA
a/k/a Carlos Garcia-Jimenez
a/k/a Costeno

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:10-CR-73-K (04)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ROBERTO MARIO ANGULO-ISAZA
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
charging him or her with:

Conspiracy to Import Five Kilograms or More of Cocaine; Attempt to Import Five Kilograms or More of Cocaine; Conspiracy to Launder Monetary Instruments; Money Laundering; Forfeiture Allegation.

in violation of Title   21; 18; 21 and 18

United States Code, Section(s)

963; 1956(h); 1956(a)(1)(B)(i); 1957; 853 and 982

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

U.S. Magistrate Judge Wm. F. Sanderson

Mar 25, 2010
Date

Dallas, TX
Location

s/A. Monserrate
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 1100 Commerce St. Dallas TX 75242 |

| DATE RECEIVED 11/15/12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/15/12 | ASJ - Garza DUSM | (signature) |

1875037