IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO: 3:10-CR-073-K |
| ROBERTO MARIO ANGULO-ISAZA(04) | § § | |

**ENTRY OF APPEARANCE OF CO-COUNSEL**

☑   I wish to enter my appearance as *retained* counsel for the above-named defendant in this cause.

    In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: December 13, 2012

                                            */s/ John Hunter Smith*
                                            John Hunter Smith
                                            State Bar No. 24028393

                                            WYNNE & SMITH
                                            707 West Washington Street
                                            Sherman, Texas 75092
                                            903-893-8177 (Telephone)
                                            903-892-0916 (Fax)

                                            Thomas P. Wynne
                                            State Bar No. 24079610

                                            MILNER FINN PRICE
                                            2828 N. Harwood Street, Ste. 1950
                                            Dallas, Texas 75201
                                            214-651-1121 (Telephone)
                                            214-953-1366 (Fax)