**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:10-CR-073-K** |
| | § | |
| **ROBERTO MARIO ANGULO-ISAZA(04)** | § | |

**MOTION FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE**
**PRETRIAL ORDER AND SCHEDULING ORDER**

The defendant, by counsel, makes this first Motion for Continuance and would show the Court the following:

**I.**

The defendant is charged by criminal compliant with a violation of 21 U.S.C. § 963 (Conspiracy to Import Five Kilograms or More of Cocaine); 21 U. S. C. § 963 (Attempt to Import Five Kilograms or More of Cocaine); 18 U. S. C. § 1956(h) (Conspiracy to Launder Monetary Instruments); 18 U. S. C. § 1956(a)(1)(B)(i) (Money Laundering); 18 U. S. C. §1957 (Money Laundering); .  The case is scheduled for a Final Pretrial Conference on Tuesday, January 22, 2013, at 9:00 a.m.

**II.**

This Motion is not made for delay.  Good cause for this continuance exists because counsel was retained to represent this Defendant on or about November 20, 2012.  Counsel for Defendant received the discovery on or about December 7, 2012.

Counsel for Defendant has not had an opportunity to review the discovery in this matter with his client.

-1-

Also, on December 12, 2012, Counsel advised Defendant that he was going to file a continuance and Defendant was not opposed .

Defendant requests a continuance in order to exercise the right to effective assistance of counsel as guaranteed by the 6th Amendment to the United States Constitution.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests the Court to continue this case and reset the final pretrial conference to the next criminal docket.

Respectfully submitted,


_____*/s/ John Hunter Smith*_____
John Hunter Smith
State Bar No. 24028393

WYNNE & SMITH
707 West Washington Street
Sherman, Texas 75092
903-893-8177 (Telephone)
903-892-0916 (Fax)

Thomas P. Wynne
State Bar No. 24079610

MILNER FINN PRICE
2828 N. Harwood Street, Ste. 1950
Dallas, Texas 75201
214-651-1121 (Telephone)
214-953-1366 (Fax)

Attorneys for Defendant

-2-

## <u>CERTIFICATE OF CONFERENCE</u>

This is to certify that on December 13, 2012, the undersigned defense counsel to confer with Assistant United States Attorney, Mr. Mark Irish in regard to this motion.  Mr. Irish is not opposed to this motion.

<u>     <i>/s/ John Hunter Smith</i>     </u><br>
John Hunter Smith

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Motion was delivered to Mark Irish by electronic transmission on this the 17th day of December, 2012.


_/s/ John Hunter Smith_
JOHN HUNTER SMITH