**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:10-CR-073-K (04) |
| | ) | |
| **ROBERTO MARIO ANGULO-ISAZA** | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 23 2013
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**ROBERTO MARIO ANGULO-ISAZA**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to **Count 1 of the 83 Count Indictment** filed on March 24, 2010. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty and plea agreement be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date: April 23, 2013.

_____
IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).